450 A.2d 221

Commonwealth v. Fortune, Appellant.

 Submitted June 29, 1979. Ronald Keller, for appellant; Daniel L. Howsare, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and STRANAHAN, JJ.*

The judgment of sentence of the lower court is affirmed.